# CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Jeffrey Crass, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1. I have reviewed the Complaint and authorize Scott+Scott Attorneys at Law LLP to file the Complaint and lead plaintiff papers on my behalf.

2. I am willing to serve as a representative party on behalf of all purchasers of Yalla Group Limited ("Yalla Group") securities during the Class Period, including providing testimony at deposition and trial, if necessary.

3. During the Class Period, I purchased and/or sold the security that is the subject of the Complaint, as set forth in the attached **Schedule A**.

4. I did not engage in the foregoing transactions at the direction of counsel nor in order to participate in any private action arising under the federal securities laws.

5. I have not sought to serve as a representative party or lead plaintiff on behalf of a class any private actions arising under the federal securities laws and filed during the three-year period preceding the date on which this certification is signed.

6. I will not accept any payment for serving as a representative party on behalf of the Class beyond the *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at _____. (City, Country)

_____                                          _____
Date                                                                                                  JEFFREY CRASS