# Schedule A

**YALLA GROUP LTD**　　　　　　　　　　　　　　**Ticker:** YALA　　**Cusip:** 98459U103

Class Period: 09/30/2020 to 08/09/2021

**JEFFREY CRASS**

|  | DATE | SHARES | PRICE |
|---|---|---|---|
| **Purchases:** | 3/29/2021 | 200 | $21.50 |
|  | 4/5/2021 | 129 | $27.00 |
|  | 4/5/2021 | 71 | $27.00 |