**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEFFREY CRASS, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>YALLA GROUP LIMITED and TAO YANG,<br><br>      Defendants. | Case No.: 1:21-cv-06854-PE<br><br>Hon. Paul Engelmayer |

**NOTICE OF MOTION OF STEVE HU AND YECHEN DONG FOR APPOINTMENT AS**
**CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Steve Hu and Yechen Dong ("Movants") respectfully

move this Court for an order: (1) appointing Movants as Co-Lead Plaintiffs pursuant to § 21D of

the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities

Litigation Reform Act of 1995 (the "PSLRA") and (2) approving Movants' selection of Levi &

Korsinsky, LLP as Lead Counsel for the Class.

Movants seek appointment as co-lead plaintiffs and approval of their choice of counsel

pursuant to the Securities Exchange Act of 1934, the Federal Rules of Civil Procedure, and the

PSLRA. This motion is based on this notice, the attached Memorandum of Law, the Declaration

of Shannon L. Hopkins in support thereof, and the Court's complete files and records in this

Action, as well as such further argument as the Court may allow at a hearing on this motion.

*[Signature on Following Page]*

Dated: October 12, 2021                         Respectfully Submitted,

                                                **LEVI & KORSINSKY, LLP**

                                                By: */s/ Shannon L. Hopkins*
                                                Shannon L. Hopkins (SH-1887)
                                                55 Broadway, 10th Floor
                                                New York, NY 10006
                                                Tel: (212) 363-7500
                                                Fax: (212) 363-7171
                                                Email: shopkins@zlk.com

                                                *Lead Counsel for Steve Hu and Yechen
                                                Dong, and [Proposed] Lead Counsel for the
                                                Class*