UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY CRASS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YALLA GROUP LIMITED and TAO YANG,<br><br>Defendants. | Case No.: 1:21-cv-06854-PE<br><br>Hon. Paul Engelmayer |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF STEVE HU AND YECHEN DONG'S MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL**

I, Shannon L. Hopkins, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movants Steve Hu and Yechen Dong ("Movants") and proposed Lead Counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of Movants' motion for appointment as Co-Lead Plaintiffs and approval of their selection of Levi & Korsinsky as Lead Counsel for the Class.

3. Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**: PSLRA Certifications signed by Movants attesting to their transactions of Yalla Group Limited ("Yalla" or the "Company") American Depository Shares ("ADSs");

**Exhibit B**: Loss Charts reflecting the losses incurred by Movants as a result of their transactions in Yalla ADSs;

**Exhibit C**:    Press Release published August 13, 2021, on *Business Wire,* announcing the pendency of the securities class action against defendants herein: *Crass v. Yalla Group Limited., et. al.,* Case No. 1:21-cv-06854-PE;

**Exhibit D**:    Joint Declaration signed by Movants; and

**Exhibit E**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.


Dated: October 12, 2021                          Respectfully Submitted,

                                                 **LEVI & KORSINSKY, LLP**

                                                 By: */s/ Shannon L. Hopkins*
                                                 Shannon L. Hopkins (SH-1887)
                                                 55 Broadway, 10th Floor
                                                 New York, NY 10006
                                                 Tel: (212) 363-7500
                                                 Fax: (212) 363-7171
                                                 Email: shopkins@zlk.com

                                                 *Lead Counsel for Steve Hu and Yechen Dong, and [Proposed] Lead Counsel for the Class*