# EXHIBIT B

| Client Name | Steve Hu |
|---|---|
| Company Name | Yalla Group Limited |
| Ticker Symbol | YALA |
| Security Type | |
| Class Period Start | 09-30-2020 |
| Class Period End | 08-09-2021 |
| 90-DAY Lookback Period Start | 08-10-2021 |
| 90-DAY Lookback Period End | 10-11-2021 |
| 90-DAY Lookback Average | $ 08.93 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $151,883.89 |
| *DURA LIFO* Total* | $151,883.89 |
| Gross Shares Purchased | 21,000 |
| Net Shares Retained | 10,000 |
| Net Funds Expended | $241,175.00 |

**Steve Hu**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Settlement Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 11-23-2020 | 2000 | 9.2 | $ 18,400.00 | | | | | | - | 2000 | 2000 | $ 08.93 | $ 17,858.22 | $ 541.78 | $ 541.78 |
| 12-09-2020 | 2000 | 16.4 | $ 32,800.00 | | | | | | - | 2000 | 2000 | $ 08.93 | $ 17,858.22 | $ 14,941.78 | $ 14,941.78 |
| 12-10-2020 | 1000 | 19.4 | $ 19,400.00 | 05-27-2021 | 1000 | | $ 14.92 | $ 14,920.00 | - | - | - | $ 08.93 | | $ 4,480.00 | $ 4,480.00 |
| 12-10-2020 | 1000 | 19.4 | $ 19,400.00 | | | | | | - | 1000 | 1000 | $ 08.93 | $ 8,929.11 | $ 10,470.89 | $ 10,470.89 |
| 12-11-2020 | 3000 | 19.18 | $ 57,540.00 | 05-27-2021 | 3000 | | $ 14.92 | $ 44,760.00 | - | - | - | $ 08.93 | | $ 12,780.00 | $ 12,780.00 |
| 12-22-2020 | 2000 | 17.795 | $ 35,590.00 | 01-27-2021 | 2000 | | $ 22.88 | $ 45,760.00 | - | - | - | $ 08.93 | | -$ 10,170.00 | -$ 10,170.00 |
| 02-19-2021 | 1000 | 34.5 | $ 34,500.00 | 05-27-2021 | 1000 | | $ 14.92 | $ 14,920.00 | - | - | - | $ 08.93 | | $ 19,580.00 | $ 19,580.00 |
| 02-19-2021 | 1000 | 34.2 | $ 34,200.00 | 05-27-2021 | 1000 | | $ 14.98 | $ 14,980.00 | - | - | - | $ 08.93 | | $ 19,220.00 | $ 19,220.00 |
| 02-24-2021 | 2000 | 26.28 | $ 52,560.00 | 05-27-2021 | 2000 | | $ 14.98 | $ 29,960.00 | - | - | - | $ 08.93 | | $ 22,600.00 | $ 22,600.00 |
| 02-26-2021 | 5 | 25.62 | $ 128.10 | 05-27-2021 | 5 | | $ 14.98 | $ 74.90 | - | - | - | $ 08.93 | | $ 53.20 | $ 53.20 |
| 02-26-2021 | 995 | 25.62 | $ 25,491.90 | 05-27-2021 | 995 | | $ 14.98 | $ 14,905.10 | - | - | - | $ 08.93 | | $ 10,586.80 | $ 10,586.80 |
| 06-04-2021 | 5000 | 18.289 | $ 91,445.00 | | | | | | - | 5000 | 5000 | $ 08.93 | $ 44,645.56 | $ 46,799.44 | $ 46,799.44 |
| Total: | 21,000 | | $421,455.00 | | 11,000 | | | $180,280.00 | | 10,000 | 10,000 | | $89,291.11 | $151,883.89 | $151,883.89 |

| Client Name | Yechen Dong |
|---|---|
| Company Name | Yalla Group Limited |
| Ticker Symbol | YALA |
| Security Type | |
| Class Period Start | 09-30-2020 |
| Class Period End | 08-09-2021 |
| 90-DAY Lookback Period Start | 08-10-2021 |
| 90-DAY Lookback Period End | 10-11-2021 |
| 90-DAY Lookback Average | $ 08.93 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $43,737.06 |
| *DURA LIFO* Total* | $43,710.06 |
| Gross Shares Purchased | 6,521 |
| Net Shares Retained | 5,766 |
| Net Funds Expended | $95,222.31 |

**Yechen Dong - Account 1**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 03-10-2021 | 35 | 20.56 | $ 719.60 | 04-05-2021 | 35 | | $ 26.04 | $ 911.40 | - | - | - | $ 08.93 | | -$ 191.80 | -$ 191.80 |
| 03-10-2021 | 115 | 20.56 | $ 2,364.40 | 04-05-2021 | 115 | | $ 26.04 | $ 2,994.60 | - | - | - | $ 08.93 | | -$ 630.20 | -$ 630.20 |
| 03-10-2021 | 40 | 20.56 | $ 822.40 | 05-11-2021 | 40 | | $ 20.44 | $ 817.60 | - | - | - | $ 08.93 | | $ 04.80 | |
| 03-10-2021 | 100 | 20.56 | $ 2,056.00 | 05-11-2021 | 100 | | $ 20.44 | $ 2,044.00 | - | - | - | $ 08.93 | | $ 12.00 | |
| 03-10-2021 | 5 | 20.56 | $ 102.80 | 05-11-2021 | 5 | | $ 20.44 | $ 102.20 | - | - | - | $ 08.93 | | $ 00.60 | |
| 03-10-2021 | 305 | 20.56 | $ 6,270.80 | | | | | | - | 305 | 305 | $ 08.93 | $ 2,723.38 | $ 3,547.42 | $ 3,547.42 |
| 03-25-2021 | 200 | 20 | $ 4,000.00 | 04-05-2021 | 200 | | $ 26.04 | $ 5,208.00 | - | - | - | $ 08.93 | | -$ 1,208.00 | -$ 1,208.00 |
| 03-25-2021 | 100 | 21 | $ 2,100.00 | 04-05-2021 | 100 | | $ 26.04 | $ 2,604.00 | - | - | - | $ 08.93 | | -$ 504.00 | -$ 504.00 |
| 05-07-2021 | 90 | 20.5 | $ 1,845.00 | 05-11-2021 | 90 | | $ 20.44 | $ 1,839.60 | - | - | - | $ 08.93 | | $ 05.40 | |
| 05-07-2021 | 60 | 20.5 | $ 1,230.00 | 05-11-2021 | 60 | | $ 20.44 | $ 1,226.40 | - | - | - | $ 08.93 | | $ 03.60 | |
| 05-07-2021 | 10 | 20.5 | $ 205.00 | 05-11-2021 | 10 | | $ 20.44 | $ 204.40 | - | - | - | $ 08.93 | | $ 00.60 | |
| 05-13-2021 | 250 | 20.67 | $ 5,167.50 | | | | | | - | 250 | 250 | $ 08.93 | $ 2,232.28 | $ 2,935.22 | $ 2,935.22 |
| 05-14-2021 | 56 | 19.57 | $ 1,095.92 | | | | | | - | 56 | 56 | $ 08.93 | $ 500.03 | $ 595.89 | $ 595.89 |
| 05-17-2021 | 100 | 18.7765 | $ 1,877.65 | | | | | | - | 100 | 100 | $ 08.93 | $ 892.91 | $ 984.74 | $ 984.74 |
| 05-17-2021 | 100 | 18.7762 | $ 1,877.62 | | | | | | - | 100 | 100 | $ 08.93 | $ 892.91 | $ 984.71 | $ 984.71 |
| 05-17-2021 | 100 | 18.745 | $ 1,874.50 | | | | | | - | 100 | 100 | $ 08.93 | $ 892.91 | $ 981.59 | $ 981.59 |
| 05-17-2021 | 50 | 18.77 | $ 938.50 | | | | | | - | 50 | 50 | $ 08.93 | $ 446.46 | $ 492.04 | $ 492.04 |
| 05-17-2021 | 100 | 18.745 | $ 1,874.50 | | | | | | - | 100 | 100 | $ 08.93 | $ 892.91 | $ 981.59 | $ 981.59 |
| 05-17-2021 | 50 | 18.77 | $ 938.50 | | | | | | - | 50 | 50 | $ 08.93 | $ 446.46 | $ 492.04 | $ 492.04 |
| 05-18-2021 | 50 | 18.38 | $ 919.00 | | | | | | - | 50 | 50 | $ 08.93 | $ 446.46 | $ 472.54 | $ 472.54 |
| 05-18-2021 | 50 | 18.38 | $ 919.00 | | | | | | - | 50 | 50 | $ 08.93 | $ 446.46 | $ 472.54 | $ 472.54 |
| 05-18-2021 | 50 | 18.38 | $ 919.00 | | | | | | - | 50 | 50 | $ 08.93 | $ 446.46 | $ 472.54 | $ 472.54 |
| 05-18-2021 | 100 | 18.38 | $ 1,838.00 | | | | | | - | 100 | 100 | $ 08.93 | $ 892.91 | $ 945.09 | $ 945.09 |
| 05-18-2021 | 20 | 18.38 | $ 367.60 | | | | | | - | 20 | 20 | $ 08.93 | $ 178.58 | $ 189.02 | $ 189.02 |

| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Price Per Share | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-18-2021 | 200 | 19.2 | $ 3,840.00 | | | | | - | 200 | 200 | $ 08.93 | $ 1,785.82 | $ 2,054.18 | $ 2,054.18 |
| 05-20-2021 | 200 | 17.3 | $ 3,460.00 | | | | | - | 200 | 200 | $ 08.93 | $ 1,785.82 | $ 1,674.18 | $ 1,674.18 |
| 05-24-2021 | 100 | 15.74 | $ 1,574.00 | | | | | - | 100 | 100 | $ 08.93 | $ 892.91 | $ 681.09 | $ 681.09 |
| 05-24-2021 | 40 | 15.74 | $ 629.60 | | | | | - | 40 | 40 | $ 08.93 | $ 357.16 | $ 272.44 | $ 272.44 |
| 05-24-2021 | 100 | 15.745 | $ 1,574.50 | | | | | - | 100 | 100 | $ 08.93 | $ 892.91 | $ 681.59 | $ 681.59 |
| 05-24-2021 | 69 | 15.73 | $ 1,085.37 | | | | | - | 69 | 69 | $ 08.93 | $ 616.11 | $ 469.26 | $ 469.26 |
| 05-25-2021 | 70 | 15.58 | $ 1,090.60 | | | | | - | 70 | 70 | $ 08.93 | $ 625.04 | $ 465.56 | $ 465.56 |
| 05-25-2021 | 100 | 15.5 | $ 1,550.00 | | | | | - | 100 | 100 | $ 08.93 | $ 892.91 | $ 657.09 | $ 657.09 |
| 05-25-2021 | 80 | 15.5 | $ 1,240.00 | | | | | - | 80 | 80 | $ 08.93 | $ 714.33 | $ 525.67 | $ 525.67 |
| 05-25-2021 | 200 | 15.5 | $ 3,100.00 | | | | | - | 200 | 200 | $ 08.93 | $ 1,785.82 | $ 1,314.18 | $ 1,314.18 |
| 05-25-2021 | 100 | 15.5 | $ 1,550.00 | | | | | - | 100 | 100 | $ 08.93 | $ 892.91 | $ 657.09 | $ 657.09 |
| 05-25-2021 | 100 | 15.5 | $ 1,550.00 | | | | | - | 100 | 100 | $ 08.93 | $ 892.91 | $ 657.09 | $ 657.09 |
| 05-25-2021 | 190 | 15.52 | $ 2,948.80 | | | | | - | 190 | 190 | $ 08.93 | $ 1,696.53 | $ 1,252.27 | $ 1,252.27 |
| 06-03-2021 | 4 | 18.03 | $ 72.12 | | | | | - | 4 | 4 | $ 08.93 | $ 35.72 | $ 36.40 | $ 36.40 |
| 06-03-2021 | 165 | 18.03 | $ 2,974.95 | | | | | - | 165 | 165 | $ 08.93 | $ 1,473.30 | $ 1,501.65 | $ 1,501.65 |
| 06-03-2021 | 100 | 18.03 | $ 1,803.00 | | | | | - | 100 | 100 | $ 08.93 | $ 892.91 | $ 910.09 | $ 910.09 |
| 06-03-2021 | 116 | 18.03 | $ 2,091.48 | | | | | - | 116 | 116 | $ 08.93 | $ 1,035.78 | $ 1,055.70 | $ 1,055.70 |
| 06-07-2021 | 1 | 17.75 | $ 17.75 | | | | | - | 1 | 1 | $ 08.93 | $ 08.93 | $ 08.82 | $ 08.82 |
| 06-07-2021 | 200 | 17.75 | $ 3,550.00 | | | | | - | 200 | 200 | $ 08.93 | $ 1,785.82 | $ 1,764.18 | $ 1,764.18 |
| 06-15-2021 | 250 | 17.87 | $ 4,467.50 | | | | | - | 250 | 250 | $ 08.93 | $ 2,232.28 | $ 2,235.22 | $ 2,235.22 |
| 06-17-2021 | 100 | 17.96 | $ 1,796.00 | | | | | - | 100 | 100 | $ 08.93 | $ 892.91 | $ 903.09 | $ 903.09 |
| 07-07-2021 | 100 | 16.84 | $ 1,684.00 | | | | | - | 100 | 100 | $ 08.93 | $ 892.91 | $ 791.09 | $ 791.09 |
| 07-07-2021 | 100 | 17 | $ 1,700.00 | | | | | - | 100 | 100 | $ 08.93 | $ 892.91 | $ 807.09 | $ 807.09 |
| 07-07-2021 | 100 | 16.3 | $ 1,630.00 | | | | | - | 100 | 100 | $ 08.93 | $ 892.91 | $ 737.09 | $ 737.09 |
| 07-19-2021 | 600 | 15.81 | $ 9,486.00 | | | | | - | 600 | 600 | $ 08.93 | $ 5,357.47 | $ 4,128.53 | $ 4,128.53 |
| 07-20-2021 | 481 | 15.01 | $ 7,219.81 | | | | | - | 481 | 481 | $ 08.93 | $ 4,294.90 | $ 2,924.91 | $ 2,924.91 |
| 07-20-2021 | 19 | 15.01 | $ 285.19 | | | | | - | 19 | 19 | $ 08.93 | $ 169.65 | $ 115.54 | $ 115.54 |
| 07-23-2021 | 100 | 13.8673 | $ 1,386.73 | | | | | - | 100 | 100 | $ 08.93 | $ 892.91 | $ 493.82 | $ 493.82 |
| 07-23-2021 | 99 | 13.87 | $ 1,373.13 | | | | | - | 99 | 99 | $ 08.93 | $ 883.98 | $ 489.15 | $ 489.15 |
| 07-23-2021 | 119 | 13.69 | $ 1,629.11 | | | | | - | 119 | 119 | $ 08.93 | $ 1,062.56 | $ 566.55 | $ 566.55 |
| 07-23-2021 | 182 | 13.69 | $ 2,491.58 | | | | | - | 182 | 182 | $ 08.93 | $ 1,625.10 | $ 866.48 | $ 866.48 |
| **Total:** | **6,521** | | **$113,174.51** | | **755** | | **$17,952.20** | | **5,766** | **5,766** | | **$51,485.25** | **$43,737.06** | **$43,710.06** |

| Client Name | Yechen Dong |
|---|---|
| Company Name | Yalla Group Limited |
| Ticker Symbol | YALA |
| Security Type | |
| Class Period Start | 09-30-2020 |
| Class Period End | 08-09-2021 |
| 90-DAY Lookback Period Start | 08-10-2021 |
| 90-DAY Lookback Period End | 10-11-2021 |
| 90-DAY Lookback Average | $ 08.93 |
| Pre Class Period Holdings | 0 |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $15,463.81 |
| *DURA LIFO* Total* | $14,567.31 |
| Gross Shares Purchased | 3,900 |
| Net Shares Retained | 1,440 |
| Net Funds Expended | $28,321.73 |

### Yechen Dong - Account 2

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 12-08-2020 | 1050 | 19.2483 | $ 20,210.72 | 12-14-2020 | 1050 | | $ 19.40 | $ 20,370.63 | - | - | - | $ 08.93 | | -$ 159.92 | -$ 159.92 |
| 12-08-2020 | 300 | 18.88 | $ 5,664.00 | 12-14-2020 | 300 | | $ 19.40 | $ 5,820.18 | - | - | - | $ 08.93 | | -$ 156.18 | -$ 156.18 |
| 12-08-2020 | 300 | 18.85 | $ 5,655.00 | 12-14-2020 | 300 | | $ 19.40 | $ 5,820.18 | - | - | - | $ 08.93 | | -$ 165.18 | -$ 165.18 |
| 12-08-2020 | 100 | 18.83 | $ 1,883.00 | 12-14-2020 | 100 | | $ 19.63 | $ 1,963.00 | - | - | - | $ 08.93 | | -$ 80.00 | -$ 80.00 |
| 12-08-2020 | 100 | 18.83 | $ 1,883.00 | 12-14-2020 | 100 | | $ 19.40 | $ 1,940.06 | - | - | - | $ 08.93 | | -$ 57.06 | -$ 57.06 |
| 12-09-2020 | 200 | 17.83 | $ 3,566.00 | 12-14-2020 | 200 | | $ 19.63 | $ 3,926.00 | - | - | - | $ 08.93 | | -$ 360.00 | -$ 360.00 |
| 03-03-2021 | 130 | 23.13 | $ 3,006.90 | | | | | | - | 130 | 130 | $ 08.93 | $ 1,160.78 | $ 1,846.12 | $ 1,846.12 |
| 03-03-2021 | 220 | 23 | $ 5,060.00 | | | | | | - | 220 | 220 | $ 08.93 | $ 1,964.40 | $ 3,095.60 | $ 3,095.60 |
| 03-04-2021 | 100 | 20 | $ 2,000.00 | | | | | | - | 100 | 100 | $ 08.93 | $ 892.91 | $ 1,107.09 | $ 1,107.09 |
| 05-07-2021 | 400 | 20.5019 | $ 8,200.76 | | | | | | - | 400 | 400 | $ 08.93 | $ 3,571.64 | $ 4,629.12 | $ 4,629.12 |
| 05-24-2021 | 100 | 15.72 | $ 1,572.00 | | | | | | - | 100 | 100 | $ 08.93 | $ 892.91 | $ 679.09 | $ 679.09 |
| 06-15-2021 | 200 | 17.83 | $ 3,566.00 | | | | | | - | 200 | 200 | $ 08.93 | $ 1,785.82 | $ 1,780.18 | $ 1,780.18 |
| 06-18-2021 | 200 | 17.92 | $ 3,584.00 | | | | | | - | 200 | 200 | $ 08.93 | $ 1,785.82 | $ 1,798.18 | $ 1,798.18 |
| 07-19-2021 | 199 | 15.71 | $ 3,126.29 | 07-23-2021 | 199 | | $ 13.77 | $ 2,740.23 | - | - | - | $ 08.93 | | $ 386.06 | |
| 07-19-2021 | 168 | 15.71 | $ 2,639.28 | 07-26-2021 | 168 | | $ 13.31 | $ 2,236.13 | - | - | - | $ 08.93 | | $ 403.15 | |
| 07-19-2021 | 33 | 15.71 | $ 518.43 | 07-26-2021 | 33 | | $ 13.22 | $ 436.32 | - | - | - | $ 08.93 | | $ 82.11 | |
| 07-19-2021 | 10 | 15.71 | $ 157.10 | 07-26-2021 | 10 | | $ 13.19 | $ 131.92 | - | - | - | $ 08.93 | | $ 25.18 | |
| 07-19-2021 | 90 | 15.71 | $ 1,413.90 | | | | | | - | 90 | 90 | $ 08.93 | $ 803.62 | $ 610.28 | $ 610.28 |
| **Total:** | **3,900** | | **$73,706.38** | | **2,460** | | | **$45,384.65** | | **1,440** | **1,440** | | **$12,857.92** | **$15,463.81** | **$14,567.31** |

**SUMMARY OF FINANCIAL INTEREST**
**Steve Hu & Yechen Dong**

| | |
|---|---|
| LIFO Loss Total | $211,084.75 |
| *DURA  LIFO\* Total* | $210,161.25 |
| **Gross Shares Purchased** | 31,421 |
| **Net Shares Retained** | 17,206 |
| **Net Funds Expended** | $364,719.04 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.