# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY CRASS, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>YALLA GROUP LIMITED and TAO YANG,<br><br>        Defendants. | Case No.: 1:21-cv-06854-PE<br><br>Hon. Paul Engelmayer |

**JOINT DECLARATION IN SUPPORT OF THE MOTION OF STEVE HU AND
YECHEN DONG FOR APPOINTMENT AS CO-LEAD PLAINTIFFS
AND APPROVAL OF SELECTION OF COUNSEL**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We, Steve Hu and Yechen Dong ("Movants"), respectfully submit this Joint Declaration in support of our Motion for Appointment as Co-Lead Plaintiffs and Approval of Selection of Counsel (the "Joint Declaration"). We each have personal knowledge about the information contained in this Joint Declaration as to ourselves.

2.      We are both informed of and understand the requirements of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). We understand that each of us could have chosen to pursue individual actions, individual motions for appointment as lead plaintiff, or taken no action and remained absent class members. However, we have decided to move for co-lead plaintiffs in this case jointly because we believe combining our collective resources and knowledge will best serve the Class.[1]

---

[1] The "Class" consists of all purchasers of Yalla Group Limited ("Yalla" or the "Company") American Depository Shares ("ADSs") between September 30, 2020 and August 9, 2021, inclusive (the "Class Period").

3.      I, Steve Hu, as reflected in my Certification, purchased Yalla ADSs during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in Sherwood Park, Alberta, Canada. I have a master's degree in science. I am currently employed as Chief Engineer at Secure Resources Inc. in Wetaskiwin, Alberta. I also have experience in hiring and overseeing attorneys relating to an employment action. I consider myself to be a sophisticated investor and have been investing for 16 years. I decided to seek appointment as lead plaintiff with Yechen Dong after learning of her motivation to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of the Class.

4.      I, Yechen Dong, as reflected in my Certification, purchased Yalla ADSs during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in Shenzhen, Guangdong Province, China. I possess a master's degree. I am the founder and manager of Shenzhen Jiai Network Technology Ltd.. I consider myself to be a sophisticated investor and have been investing for five years. I decided to seek appointment as lead plaintiff with Steve Hu after learning of his motivation to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of the Class.

5.      We, Steve Hu and Yechen Dong, believe that the allegations against Yalla are meritorious and that the Class will benefit from having highly motivated investors with substantial financial interests at stake like ourselves to control the class action. We believe that our combined efforts, knowledge, and diverse background will better serve the Class. If appointed co-lead

2

plaintiffs, our primary goal will be to ensure that the Class achieves the largest possible recovery.

6.      On August 13, 2021, Jeffrey Crass filed a putative class action in this District, Case No. 1:21-cv-06854-PE (the "*Crass* Action"), on behalf of all purchasers of Yalla ADSs during the Class Period. The Action seeks relief against Yalla and certain of its senior officers for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder by the U.S. Securities and Exchange Commission.

7.      We are like-minded investors who contacted and retained Levi & Korsinsky, LLP ("Levi & Korsinsky") to represent us in the Action as Lead Counsel. After discussing the allegations against Yalla, the procedural background of the Action, the process of appointing a lead plaintiff in cases such as this, and attorneys' fees, we learned of each other's existence and similar willingness to litigate the claims of the Class.

8.      Upon learning of each other's interest seeking appointment of lead plaintiff in this matter through our counsel, we communicated with one another and our counsel on Monday, October 11, 2021, where we discussed among other things: the allegations and the strength of the claims against defendants; a strategy for prosecuting the Action; the role of the lead plaintiff and the lead plaintiff selection and litigation process; the benefits that the class would receive from the leadership of two like-minded investors like us; a shared desire to achieve the best possible result for the class; our interests in prosecuting the case in a collaborative, likeminded manner; attorney's fees, and the actions that we will take to continue to ensure that the claims will be zealously and efficiently litigated.

9.      We believe that the Class will benefit from having two highly motivated investors with substantial financial interests at stake as co-lead plaintiffs. We feel that our combined efforts and knowledge will better represent the Class as a whole, which is likely made up of the same

3

composition. We both decided to work together in order to collaborate and exercise joint decision-making. We agree to work collaboratively to represent all Yalla shareholders who suffered damages during the Class Period and to ensure that the Class achieves the largest recovery possible.

10.     We each understand that, if appointed, we would owe a fiduciary duty to the Class to provide effective representation and to ensure that Lead Counsel effectively litigates the Action. Both of us understand that if we are appointed as co-lead plaintiffs, we will owe a duty to the putative Class to provide fair and adequate representation, oversee counsel, and obtain the largest possible recovery against all culpable parties consistent with good faith and vigorous advocacy. Both of us will do our best to maximize the recovery for the Class.

11.     If appointed as co-lead plaintiffs, we agree to actively manage the prosecution of the Action including reviewing documents, having joint calls, discussing through email any developments, participating in discovery, and exercising joint decision-making to execute a strategy to maximize the recovery of the entire Class. We are confident in our ability to reach joint decisions regarding litigation matters and will use consensus decision making to maximize the recovery for the Class. We agree that we will share our perspectives, experiences, and resources and will remain actively involved to ensure the Class is afforded the highest degree of representation.

12.     Given our obligations to the Class and our shared common interest in maximizing the recovery for all investors, we fully expect to reach a consensus regarding litigation decisions. However, in the unlikely event that a disagreement arises that cannot be solved after consulting with one another and our attorneys and considering their advice, we agree to have respective voting power, determined in proportion to the amount of Class Period losses suffered by each of us.

13.     We select Levi & Korsinsky to serve as Lead Counsel on behalf of the Class and

4

believe Levi & Korsinsky has the experience and ability to effectively and expeditiously bring the Action to a close and achieve a strong recovery on behalf of the Class. We are familiar with the experience, resources, and successes of our proposed Lead Counsel, Levi & Korsinsky. We are well aware that Levi & Korsinsky is an accomplished law firm with a history of achieving significant settlements and corporate governance reforms with defendants. Indeed, we believe that the firm's prior experience of effectively litigating complex class action lawsuits will provide comfort that the proposed Class will receive the best possible representation. We also believe that Levi & Korsinsky will vigorously prosecute the Action in a cost-effective manner and in the best interests of all members of the putative Class.

14. It is our goal to resolve the Action in an expeditious manner that is fair to all members of the Class. Through supervision of our chosen counsel, Levi & Korsinsky, we will ensure that the Action is prosecuted for the benefit of the Class in an efficient and effective manner. In that regard, we will direct Levi & Korsinsky to prosecute the Action in such a way to achieve a fair result for all members of the Class. We have implemented communication procedures to ensure that we can quickly communicate and make decisions on short notice. We understand that we may call for a meeting or conference call at any time, including on an emergency basis if necessary. We understand that meetings, conference calls, and communications may be conducted without counsel. We agree to contact one another quarterly, and as necessary, to facilitate the best interests of the Class and to prosecute the Action. We do not foresee any problems communicating with one another or staying abreast of the progress of the litigation.

15. We have also directed counsel to keep us informed of any developments in the Action—including any developments in the lead plaintiff proceedings. To this end, we will continue to direct Lead Counsel and oversee the prosecution of the Action for the benefit of the

Class by reviewing pleadings, orders, and motion papers and conferring amongst ourselves. Further, we agreed that we will make ourselves available to personally travel for any appearances, depositions, settlement hearings, and other necessary meetings to facilitate the prosecution of the Action.

16.    We, Steve Hu and Yechen Dong, hereby reaffirm our commitment to satisfying the fiduciary duties that we will owe to the Class if appointed as Co-Lead Plaintiffs, including conferring with counsel regarding litigation strategy, attending court proceedings and depositions, if necessary, and reviewing documents, pleadings, and motions in the Action. Our main goal is obtaining the largest recovery possible for the Class.

I, Steve Hu, declare, pursuant to 28 U.S.C. § 1746, under the penalty of perjury that the

foregoing is true and correct.

Executed      10/11/2021 _____

DocuSigned by:

9EFE473D4E464FE...

Steve Hu

7

I, Yechen Dong, declare, pursuant to 28 U.S.C. § 1746, under the penalty of perjury that

the foregoing is true and correct.

Executed _____10/11/2021_____

DocuSigned by:

Yechen Dong
DA6EC0EA51334E1...

Yechen Dong

8