# EXHIBIT 3

**Yalla Group Limited Loss Chart**
**Class Period: September 30, 2020 through August 9, 2021**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $8.97 |
| Wang, Gang | 2/2/2021 | 150 | ($28.64) | ($4,296.00) | | | | | | | | |
| | 2/8/2021 | 500 | ($35.37) | ($17,685.00) | | | | | | | | |
| | 2/10/2021 | 200 | ($31.87) | ($6,374.00) | | | | | | | | |
| | 2/19/2021 | 1000 | ($29.10) | ($29,100.00) | | | | | | | | |
| | 2/19/2021 | 1000 | ($29.19) | ($29,190.00) | | | | | | | | |
| | 3/22/2021 | 2000 | ($26.46) | ($52,920.00) | | | | | | | | |
| | 3/23/2021 | 600 | ($23.92) | ($14,352.00) | | | | | | | | |
| | 6/14/2021 | 200 | ($18.48) | ($3,696.00) | | | | | | | | |
| | 6/14/2021 | 300 | ($18.48) | ($5,544.00) | | | | | | | | |
| | | 5950 | | ($163,157.00) | | | | | 5950 | $53,355.27 | ($109,801.73) | |