UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

JEFFREY CRASS, Individually and on Behalf :    Civil Action No. 1:21-cv-06854-PAE
of All Others Similarly Situated,    :

                               :    <u>CLASS ACTION</u>

               Plaintiff,    :

                               :    NOTICE OF MOTION FOR

      vs.    :    APPOINTMENT AS LEAD PLAINTIFF
                               :    AND APPROVAL OF LEAD PLAINTIFF'S

YALLA GROUP LIMITED and TAO YANG    :    SELECTION OF LEAD COUNSEL

               Defendants.    :

———————————————————— x

4829-8673-6894.v1

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that class member and proposed lead plaintiff Scott A. Monett will move this Court, on a date and time to be determined, in Courtroom 1305 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an order appointing Mr. Monett as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), and approving Mr. Monett's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the proposed class.  In support of this Motion, Mr. Monett submits the accompanying Memorandum of Law, the Declaration of David A. Rosenfeld, and a [Proposed] Order.

DATED:  October 12, 2021

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

_s/ David A. Rosenfeld_
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

- 1 -

4829-8673-6894.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JENNIFER N. CARINGAL
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

- 2 -

4829-8673-6894.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 12, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

4829-8673-6894.v1

# Mailing Information for a Case 1:21-cv-06854-PAE Crass v. Yalla Group Limited et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Shannon Lee Hopkins**
  shopkins@zlk.com,shalliday@zlk.com,ecf@zlk.com

- **Bo Bryan Jin**
  bryan.jin@stblaw.com,managingclerk@stblaw.com,5447222420@filings.docketbird.com

- **Phillip C. Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Thomas Livezey Laughlin , IV**
  tlaughlin@scott-scott.com,rswartz@scott-scott.com,tsaviano@scott-scott.com,scott-scott@ecf.courtdrive.com,efile@scott-scott.com

- **George S Wang**
  gwang@stblaw.com,managingclerk@stblaw.com,2948074420@filings.docketbird.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)