| | |
|---|---|
| JEFFREY CRASS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>YALLA GROUP LIMITED and TAO YANG,<br><br>Defendants. | Case No. 1:21-cv-06854-PAE |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF SIMON ZHU'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Gregory B. Linkh, hereby declare as follows:

1.        I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff movant Simon Zhu ("Zhu") and proposed Lead Counsel for the Class in the above-captioned action. I make this declaration in support of Simon Zhu's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.        Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:     Press release published August 13, 2021 on *Business Wire*, announcing the pendency of the securities class action against the defendants herein;

Exhibit B:     Zhu's Signed PSLRA Certification;

Exhibit C:     Zhu's financial interest analysis; and

Exhibit D:     Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 12th day of October 2021.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On October 12, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 12, 2021, at New York, New York.

/s/ *Gregory B. Linkh*
Gregory B. Linkh