# EXHIBIT C

## Financial Interest Analysis

**Company Name:** Yalla Group Limited
**Ticker:** YALA
**Class Period:** September 30, 2020 to August 9, 2021
**Name:** Simon Zhu

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 4/26/2021 | 1,500 | $24.9000 | -$37,350.0000 | | $0.0000 | -$37,350.00 |
| 4/29/2021 | 1,500 | $20.8737 | -$31,310.5601 | | $0.0000 | -$31,310.56 |
| 5/13/2021 | -3,000 | | $0.0000 | $18.4000 | $55,200.0000 | $55,200.00 |
| 6/16/2021 | 3,000 | $17.9000 | -$53,700.0000 | | $0.0000 | -$53,700.00 |
| 9/20/2021 | -300 | | $0.0000 | $9.7317 | $2,919.5172 | $2,919.52 |
| 9/20/2021 | -2,700 | | $0.0000 | $9.7317 | $26,275.6552 | $26,275.66 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$37,965.39** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $8.9673 | 0 | **Total:** | **-$37,965.39** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between August 10, 2021 and October 11, 2021.   Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.