# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|------|------|------|-------|------|------|------|-------|------|------|
| **Scott A. Monett** | 12/07/2020 | 10 | $17.64 | $176.40 | held | 5,000 | $8.97 | $44,836.36 | |
| | 12/16/2020 | 20 | $17.37 | $347.40 | | | | | |
| | 02/01/2021 | 10 | $27.98 | $279.80 | | | | | |
| | 02/10/2021 | 60 | $32.72 | $1,963.25 | | | | | |
| | 02/12/2021 | 20 | $38.90 | $778.00 | | | | | |
| | 02/12/2021 | 50 | $38.01 | $1,900.50 | | | | | |
| | 02/16/2021 | 100 | $37.09 | $3,708.78 | | | | | |
| | 02/16/2021 | 30 | $36.36 | $1,090.78 | | | | | |
| | 02/25/2021 | 200 | $25.99 | $5,198.00 | | | | | |
| | 03/02/2021 | 6 | $26.20 | $157.20 | | | | | |
| | 03/02/2021 | 85 | $26.20 | $2,227.00 | | | | | |
| | 03/02/2021 | 9 | $26.20 | $235.80 | | | | | |
| | 03/04/2021 | 10 | $22.17 | $221.70 | | | | | |
| | 03/04/2021 | 90 | $22.15 | $1,993.50 | | | | | |
| | 03/04/2021 | 10 | $22.16 | $221.60 | | | | | |
| | 03/04/2021 | 35 | $22.00 | $770.00 | | | | | |
| | 03/04/2021 | 25 | $22.10 | $552.50 | | | | | |
| | 07/19/2021 | 230 | $15.53 | $3,571.90 | | | | | |
| | 07/23/2021 | 1,000 | $13.46 | $13,459.90 | | | | | |
| | 07/27/2021 | 100 | $12.19 | $1,219.00 | | | | | |
| | 07/27/2021 | 150 | $12.19 | $1,828.50 | | | | | |
| | 07/27/2021 | 750 | $12.19 | $9,142.50 | | | | | |
| | 07/27/2021 | 5 | $12.14 | $60.70 | | | | | |
| | 07/27/2021 | 10 | $12.14 | $121.40 | | | | | |
| | 07/27/2021 | 33 | $12.14 | $400.62 | | | | | |
| | 07/27/2021 | 952 | $12.14 | $11,557.28 | | | | | |
| | 07/27/2021 | 1,000 | $11.90 | $11,900.00 | | | | | |
| **Movant's Total** | | **5,000** | | **$75,084.01** | | **5,000** | | **$44,836.36** | **($30,247.65)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
 during the 90 calendar days after the end of the class period.  The price used is $8.97 as of October 11, 2021 for ADR.

Prices listed are rounded to two decimal places.