# EXHIBIT D

## DECLARATION OF SCOTT A. MONETT

I, Scott A. Monett, submit this declaration in support of my lead plaintiff motion. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

1.    I live in McLean, Virginia and I am the managing partner of Crosswind Holdings, LLC, a closely-held company with real estate and other investment assets. I am also a partner of a furniture exporter as well as a fast-food restaurant. Prior to my role with Crosswinds Holdings, I was the President and founding Executive Director of Quality of Life Plus Program, an organization connecting injured veterans with students who develop cutting-edge technology to help them achieve a higher quality of life. In addition, I served as President and founder of Monettech, L.C., a communications services company that provided voice and data wiring installation, telephone systems and solutions, and computer networking services. I also have significant experience working for charitable entities, including serving as the President of the McLean Planning Committee; serving as Chairman of the Greater McLean Chamber of Commerce; and serving as a member of the Board of Directors of SOC Enterprises, a non-profit organization that assists, supports, and empowers people with disabilities to achieve employment, independence, and integration in the workplace and in the community. I have approximately 30 years of investing experience and I am familiar with selecting and overseeing lawyers.

2.    I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation.

3.    I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my attendance is requested or required by the Court, participate in discovery, participate in settlement discussions,

4817-7167-9486.v1

attend trial, if necessary, and authorize a potential settlement on behalf of the class. I am willing to perform all of these duties on behalf of the class members.

4.      I have a substantial financial interest in this case based on my losses, and have an incentive to prosecute this case on behalf of Yalla Group Limited shareholders.

5.      I understand that the lead plaintiff's share of any recovery is the same as every other potential class member. As my Certification states, I will not accept any payment for serving as a representative party beyond my *pro-rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the Private Securities Litigation Reform Act of 1995.

6.      I am aware that I have the right to select counsel as part of the lead plaintiff process. Based on its experience prosecuting securities cases, I have selected Robbins Geller Rudman & Dowd LLP to represent the class in this case on a contingency basis. Before selecting counsel, I discussed the lead plaintiff's role, responsibilities, and process with Robbins Geller.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th ___ day of October, 2021.

DocuSigned by:

8E100289CE2A489...

SCOTT A. MONETT

4817-7167-9486.v1