UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY CRASS, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>    v.<br><br>YALLA GROUP LIMITED and TAO YANG,<br><br>                        Defendants. | Case No.  1:21-cv-06854-PAE<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF PEIFA XU AND YONGJUN LI FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL |

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Peifa Xu and Yongjun Li (together, "Xu and Li"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Xu and Li's motion for appointment as Co-Lead Plaintiffs for the Class and approval of Xu and Li's selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart reflecting the financial interest of Xu and Li in this litigation;

Exhibit B:    Press release announcing the pendency of the above-captioned action;

Exhibit C:    Shareholder Certifications executed by Xu and Li;

Exhibit D:    Joint Declaration executed by Xu and Li; and

Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 12, 2021 at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1