# EXHIBIT A

**Yalla Group Limited (YALA)**
**Class Period: September 30, 2020 through August 9, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Description | Purchase Date | ADSs/ Options | Price | Amount | Sales Date | ADSs/ Options | Price | Amount | End-of-Class ADSs/ Options Retained | Post-Class ADSs/ Options Retained | 62-Day* Mean Price $8.9673 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | | |
| Peifa Xu | | | 29,600 | | ($734,590) | | (29,600) | | $556,337 | 28,000 | 0 | | ($178,253) |
| Yongjun Li | | | 33,480 | | ($642,334) | | (33,480) | | $443,676 | 12,001 | 0 | | ($198,657) |
| **Total** | | | **63,080** | | **($1,376,924)** | | **(63,080)** | | **$1,000,013** | **40,001** | **0** | | **($376,911)** |
| Losses Per Movant | | | | | | | | | | | | | |
| Peifa Xu | ADS | 5/26/2021 | 1,600 | $15.2000 | ($24,320) | 5/26/2021 | (1,600) | $15.8800 | $25,408 | | | | |
| Peifa Xu | ADS | 6/18/2021 | 1,000 | $17.9700 | ($17,970) | 9/7/2021 | (3,600) | $10.4101 | $37,476 | | | | |
| Peifa Xu | ADS | 6/18/2021 | 2,000 | $18.0000 | ($36,000) | 9/7/2021 | (400) | $10.4500 | $4,180 | | | | |
| Peifa Xu | ADS | 6/28/2021 | 3,000 | $20.6000 | ($61,800) | 9/7/2021 | (200) | $10.4410 | $2,088 | | | | |
| Peifa Xu | ADS | 7/14/2021 | 2,500 | $25.0000 | ($62,500) | 9/7/2021 | (600) | $10.4401 | $6,264 | | | | |
| Peifa Xu | ADS | 7/16/2021 | 4,000 | $20.0000 | ($80,000) | 9/7/2021 | (100) | $10.4200 | $1,042 | | | | |
| Peifa Xu | ADS | 7/16/2021 | 9,500 | $25.0000 | ($237,500) | 9/7/2021 | (100) | $10.4400 | $1,044 | | | | |
| Peifa Xu | ADS | 7/16/2021 | 4,000 | $17.5000 | ($70,000) | 9/16/2021** | (739) | $9.8533 | $7,282 | | | | |
| Peifa Xu | ADS | 7/19/2021 | 1,000 | $15.0000 | ($15,000) | 9/16/2021** | (4,261) | $9.8533 | $41,985 | | | | |
| Peifa Xu | ADS | 7/20/2021 | 1,000 | $15.0000 | ($15,000) | 9/17/2021** | (5,000) | $9.7993 | $48,996 | | | | |
| Peifa Xu | ADS | | | | | 9/17/2021** | (200) | $9.7993 | $1,960 | | | | |
| Peifa Xu | ADS | | | | | 9/17/2021** | (4,800) | $9.7993 | $47,037 | | | | |
| Peifa Xu | ADS | | | | | 9/22/2021** | (4,000) | $9.6087 | $38,435 | | | | |
| Peifa Xu | ADS | | | | | 9/22/2021** | (4,000) | $9.6087 | $38,435 | | | | |
| **Peifa Xu** | **ADS** | | **29,600** | | **($620,090)** | | **(29,600)** | | **$301,632** | **28,000** | **0** | **$0** | **($318,458)** |
| Peifa Xu | YALA 7/16/2021 Put $25.00 | 3/23/2021 | 50 | $7.5000 | ($37,500) | 3/15/2021 | (100) | $8.0000 | $80,000 | | | | |
| Peifa Xu | YALA 7/16/2021 Put $25.00 | 3/25/2021 | 50 | $8.2000 | ($41,000) | 3/15/2021 | (100) | $8.4000 | $84,000 | | | | |
| Peifa Xu | YALA 7/16/2021 Put $25.00 | 6/28/2021 | 30 | $5.0000 | ($15,000) | 3/15/2021 | (30) | $9.3000 | $27,900 | | | | |
| Peifa Xu | YALA 7/16/2021 Put $25.00 | 7/14/2021 | 25 | Assigned | $0 | 3/15/2021 | (20) | $9.5000 | $19,000 | | | | |
| Peifa Xu | YALA 7/16/2021 Put $25.00 | 7/16/2021 | 95 | Assigned | $0 | | | | | | | | |
| **Peifa Xu** | **YALA 7/16/2021 Put $25.00** | | **250** | | **($93,500)** | | **(250)** | | **$210,900** | **0** | **0** | | **$117,400** |
| Peifa Xu | YALA 7/16/2021 Put $17.50 | 7/16/2021 | 40 | Assigned | $0 | 6/18/2021 | (5) | $1.5100 | $755 | | | | |
| Peifa Xu | YALA 7/16/2021 Put $17.50 | | | | | 6/18/2021 | (25) | $1.5000 | $3,750 | | | | |
| Peifa Xu | YALA 7/16/2021 Put $17.50 | | | | | 7/7/2021 | (10) | $1.7000 | $1,700 | | | | |
| **Peifa Xu** | **YALA 7/16/2021 Put $17.50** | | **40** | | **$0** | | **(40)** | | **$6,205** | **0** | **0** | | **$6,205** |
| **Peifa Xu** | **YALA 8/20/2021 Call $20.00** | **8/20/2021** | **80** | **Expired** | **$0** | **7/21/2021** | **(80)** | **$0.3000** | **$2,400** | **(80)** | **0** | | **$2,400** |
| Peifa Xu | YALA 7/16/2021 Put $20.00 | 7/16/2021 | 40 | Assigned | $0 | 6/28/2021 | (30) | $1.2000 | $3,600 | | | | |
| Peifa Xu | YALA 7/16/2021 Put $20.00 | | | | | 6/28/2021 | (10) | $1.5000 | $1,500 | | | | |
| **Peifa Xu** | **YALA 7/16/2021 Put $20.00** | | **40** | | **$0** | | **(40)** | | **$5,100** | **0** | **0** | | **$5,100** |
| Peifa Xu | YALA 4/16/2021 Put $25.00 | 3/30/2021 | 30 | $3.0000 | ($9,000) | 3/16/2021 | (60) | $3.3000 | $19,800 | | | | |
| Peifa Xu | YALA 4/16/2021 Put $25.00 | 3/30/2021 | 30 | $3.1000 | ($9,300) | | | | | | | | |
| **Peifa Xu** | **YALA 4/16/2021 Put $25.00** | | **60** | | **($18,300)** | | **(60)** | | **$19,800** | **0** | **0** | | **$1,500** |
| Peifa Xu | YALA 7/16/2021 Call $20.00 | 7/16/2021 | 30 | Expired | $0 | 6/18/2021 | (10) | $1.1000 | $1,100 | | | | |
| Peifa Xu | YALA 7/16/2021 Call $20.00 | | | | | 6/18/2021 | (20) | $1.1000 | $2,200 | | | | |
| **Peifa Xu** | **YALA 7/16/2021 Call $20.00** | | **30** | | **$0** | | **(30)** | | **$3,300** | **0** | **0** | | **$3,300** |
| **Peifa Xu** | **YALA 7/16/2021 Call $22.50** | **7/16/2021** | **30** | **Expired** | **$0** | **6/28/2021** | **(30)** | **$0.9600** | **$2,880** | **0** | **0** | | **$2,880** |
| Peifa Xu | YALA 8/20/2021 Put $12.50 | 7/30/2021 | 30 | $0.9000 | ($2,700) | 7/26/2021 | (20) | $1.0500 | $2,100 | | | | |
| Peifa Xu | YALA 8/20/2021 Put $12.50 | 8/20/2021 | 20 | Assigned | $0 | 7/26/2021 | (10) | $1.0000 | $1,000 | | | | |
| Peifa Xu | YALA 8/20/2021 Put $12.50 | | | | | 8/9/2021 | (20) | $0.5100 | $1,020 | | | | |
| **Peifa Xu** | **YALA 8/20/2021 Put $12.50** | | **50** | | **($2,700)** | | **(50)** | | **$4,120** | **(50)** | **0** | | **$1,420** |
| Summary | | | | | | | | | | | | | |
| Peifa Xu | YALA 7/16/2021 Put $25.00 | | 250 | | ($93,500) | | (250) | | $210,900 | 0 | 0 | | $117,400 |
| Peifa Xu | YALA 7/16/2021 Put $17.50 | | 40 | | $0 | | (40) | | $6,205 | 0 | 0 | | $6,205 |
| Peifa Xu | YALA 8/20/2021 Call $20.00 | | 80 | | $0 | | (80) | | $2,400 | (80) | 0 | | $2,400 |
| Peifa Xu | YALA 7/16/2021 Put $20.00 | | 40 | | $0 | | (40) | | $5,100 | 0 | 0 | | $5,100 |

*Average Closing Prices from August 10 to October 11
**ADSs are valued at the average closing prices from August 10 to the date of sale

**Yalla Group Limited (YALA)**
**Class Period: September 30, 2020 through August 9, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Description | Purchase Date | ADSs/ Options | Price | Amount | Sales Date | ADSs/ Options | Price | Amount | End-of-Class ADSs/ Options Retained | Post-Class ADSs/ Options Retained | 62-Day* Mean Price $8.9673 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Peifa Xu | YALA 4/16/2021 Put $25.00 | | 60 | | ($18,300) | | (60) | | $19,800 | 0 | 0 | | $1,500 |
| Peifa Xu | YALA 7/16/2021 Call $20.00 | | 30 | | $0 | | (30) | | $3,300 | 0 | 0 | | $3,300 |
| Peifa Xu | YALA 7/16/2021 Call $22.50 | | 30 | | $0 | | (30) | | $2,880 | 0 | 0 | | $2,880 |
| Peifa Xu | YALA 8/20/2021 Put $12.50 | | 50 | | ($2,700) | | (50) | | $4,120 | (50) | 0 | | $1,420 |
| **Option Total** | | | **580** | | **($114,500)** | | **(580)** | | **$254,705** | **(130)** | **0** | | **$140,205** |
| **Peifa Xu** | | | **29,600** | | **($734,590)** | | **(29,600)** | | **$556,337** | **28,000** | **0** | | **($178,253)** |
| Yongjun Li | ADS | 1/6/2021 | 400 | $14.9800 | ($5,992) | 1/20/2021 | (480) | $18.3400 | $8,803 | | | | |
| Yongjun Li | ADS | 1/15/2021 | 80 | $16.5800 | ($1,326) | 7/6/2021 | (5,000) | $17.0297 | $85,148 | | | | |
| Yongjun Li | ADS | 3/10/2021 | 1,000 | $20.0100 | ($20,010) | 7/19/2021 | (546) | $15.3218 | $8,366 | | | | |
| Yongjun Li | ADS | 3/10/2021 | 1,200 | $19.8800 | ($23,856) | 7/19/2021 | (1,918) | $15.3034 | $29,352 | | | | |
| Yongjun Li | ADS | 3/10/2021 | 300 | $19.6800 | ($5,904) | 7/19/2021 | (536) | $15.3228 | $8,213 | | | | |
| Yongjun Li | ADS | 3/10/2021 | 200 | $19.8662 | ($3,973) | 7/19/2021 | (239) | $15.1116 | $3,612 | | | | |
| Yongjun Li | ADS | 3/16/2021 | 1,010 | $25.6686 | ($25,925) | 7/23/2021 | (2,773) | $14.2024 | $39,383 | | | | |
| Yongjun Li | ADS | 3/16/2021 | 990 | $25.7899 | ($25,532) | 7/23/2021 | (2,083) | $13.7140 | $28,566 | | | | |
| Yongjun Li | ADS | 3/16/2021 | 100 | $25.7562 | ($2,576) | 7/26/2021 | (43) | $13.2220 | $569 | | | | |
| Yongjun Li | ADS | 3/17/2021 | 200 | $27.3650 | ($5,473) | 7/26/2021 | (131) | $13.1909 | $1,728 | | | | |
| Yongjun Li | ADS | 3/18/2021 | 100 | $27.1665 | ($2,717) | 7/27/2021 | (598) | $12.3633 | $7,393 | | | | |
| Yongjun Li | ADS | 3/18/2021 | 180 | $27.1469 | ($4,886) | 7/27/2021 | (598) | $12.3136 | $7,364 | | | | |
| Yongjun Li | ADS | 3/19/2021 | 1,000 | $26.5000 | ($26,500) | 7/27/2021 | (598) | $12.3133 | $7,363 | | | | |
| Yongjun Li | ADS | 3/19/2021 | 320 | $26.4800 | ($8,474) | 7/27/2021 | (598) | $12.3133 | $7,363 | | | | |
| Yongjun Li | ADS | 4/20/2021 | 400 | $21.5772 | ($8,631) | 7/27/2021 | (392) | $12.3100 | $4,826 | | | | |
| Yongjun Li | ADS | 4/20/2021 | 500 | $21.6100 | ($10,805) | 7/27/2021 | (1,400) | $11.8922 | $16,649 | | | | |
| Yongjun Li | ADS | 4/29/2021 | 2,500 | $21.1000 | ($52,750) | 7/27/2021 | (296) | $11.8800 | $3,516 | | | | |
| Yongjun Li | ADS | 4/29/2021 | 1,000 | $20.8800 | ($20,880) | 7/28/2021 | (3,250) | $13.4576 | $43,737 | | | | |
| Yongjun Li | ADS | 4/29/2021 | 100 | $20.8400 | ($2,084) | 8/11/2021 | (2,000) | $10.9800 | $21,960 | | | | |
| Yongjun Li | ADS | 4/29/2021 | 900 | $20.8950 | ($18,805) | 8/11/2021 | (2,000) | $10.9800 | $21,960 | | | | |
| Yongjun Li | ADS | 5/4/2021 | 1,000 | $20.1500 | ($20,150) | 8/11/2021 | (600) | $10.9800 | $6,588 | | | | |
| Yongjun Li | ADS | 5/11/2021 | 1,000 | $19.9425 | ($19,943) | 8/11/2021 | (2,000) | $10.9800 | $21,960 | | | | |
| Yongjun Li | ADS | 5/18/2021 | 1,000 | $18.5881 | ($18,588) | 8/11/2021 | (1,400) | $10.9800 | $15,372 | | | | |
| Yongjun Li | ADS | 5/20/2021 | 1,000 | $15.6017 | ($15,602) | 8/11/2021 | (2,000) | $10.9800 | $21,960 | | | | |
| Yongjun Li | ADS | 5/21/2021 | 1,000 | $17.9864 | ($17,986) | 8/12/2021 | (2,001) | $10.9567 | $21,924 | | | | |
| Yongjun Li | ADS | 5/21/2021 | 1,000 | $18.2785 | ($18,279) | | | | | | | | |
| Yongjun Li | ADS | 5/21/2021 | 1,000 | $17.0964 | ($17,096) | | | | | | | | |
| Yongjun Li | ADS | 5/24/2021 | 1,000 | $16.0074 | ($16,007) | | | | | | | | |
| Yongjun Li | ADS | 5/24/2021 | 1,000 | $16.0182 | ($16,018) | | | | | | | | |
| Yongjun Li | ADS | 5/26/2021 | 900 | $15.0733 | ($13,566) | | | | | | | | |
| Yongjun Li | ADS | 5/26/2021 | 1,100 | $15.8599 | ($17,446) | | | | | | | | |
| Yongjun Li | ADS | 6/18/2021 | 1,000 | $17.9900 | ($17,990) | | | | | | | | |
| Yongjun Li | ADS | 7/1/2021 | 1,000 | $19.5381 | ($19,538) | | | | | | | | |
| Yongjun Li | ADS | 7/1/2021 | 1,000 | $19.0800 | ($19,080) | | | | | | | | |
| Yongjun Li | ADS | 7/1/2021 | 1,000 | $18.8800 | ($18,880) | | | | | | | | |
| Yongjun Li | ADS | 7/1/2021 | 1,000 | $18.6226 | ($18,623) | | | | | | | | |
| Yongjun Li | ADS | 7/1/2021 | 1,000 | $18.5800 | ($18,580) | | | | | | | | |
| Yongjun Li | ADS | 7/2/2021 | 1,000 | $18.3500 | ($18,350) | | | | | | | | |
| Yongjun Li | ADS | 7/6/2021 | 1,000 | $16.7300 | ($16,730) | | | | | | | | |
| Yongjun Li | ADS | 8/4/2021 | 500 | $13.1408 | ($6,570) | | | | | | | | |
| Yongjun Li | ADS | 8/4/2021 | 300 | $13.1339 | ($3,940) | | | | | | | | |
| Yongjun Li | ADS | 8/4/2021 | 100 | $13.1600 | ($1,316) | | | | | | | | |
| Yongjun Li | ADS | 8/9/2021 | 300 | $13.5900 | ($4,077) | | | | | | | | |
| Yongjun Li | ADS | 8/9/2021 | 300 | $13.5960 | ($4,079) | | | | | | | | |
| Yongjun Li | ADS | 8/9/2021 | 400 | $13.6000 | ($5,440) | | | | | | | | |
| Yongjun Li | ADS | 8/9/2021 | 100 | $13.6000 | ($1,360) | | | | | | | | |
| **Yongjun Li** | **ADS** | | **33,480** | | **($642,334)** | | **(33,480)** | | **$443,676** | **12,001** | **0** | | **($198,657)** |

*Average Closing Prices from August 10 to October 11
**ADSs are valued at the average closing prices from August 10 to the date of sale