UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY CRASS, Individually and on Behalf of All Others Similarly Situated,

                              Plaintiff,

-v-

YALLA GROUP LIMITED and TAO YANG,

                              Defendants.

21 Civ. 6854 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received several motions for appointment of lead plaintiff(s) and counsel in this case. *See* Dkts. 13, 16, 19, 21, and 27. Responses to these motions are due on October 27, 2021. The Court does not invite replies.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 13, 2021
       New York, New York