**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEFFREY CRASS, Individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>YALLA GROUP LIMITED and TAO YANG,<br><br>   Defendants. | Case No.: 1:21-cv-06854-PE<br><br>Hon. Paul Engelmayer |

**NOTICE OF NON-OPPOSITION OF STEVE HU AND YECHEN DONG TO
COMPETING LEAD PLAINTIFF MOTIONS**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Steve Hu and Yechen Dong ("Movants") respectfully do

not oppose the competing motions for appointment as lead plaintiff and approval of selection of

lead counsel in the above-captioned action (the "Action"). On October 12, 2021, Movants timely

filed a motion for appointment as co-lead plaintiffs and approval of selection of counsel, stating

that they suffered approximately $211,084.75 in financial losses in connection with their purchase

of Yalla Group Limited ("Yalla") American Depository Shares ("ADSs") between September 30,

2020 and August 9, 2021, inclusive. Similar motions for appointment as lead plaintiff and approval

of selection of counsel were filed by other putative class members in the Action.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides a presumption

that the "most adequate plaintiff" to represent the interests of class members is the person or group

that, among other things, has "the largest financial interest in the relief sought by the class." 15

U.S.C. § 78u-4(a)(3)(B)(iii)(I). Based upon a review of the competing motions and supporting

papers provided by the other movants seeking appointment as lead plaintiff, it appears that, while

Movants are well-qualified to serve as Co-Lead Plaintiffs in the Action, they do not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).

This non-opposition shall have no impact on Movants' membership in the proposed class, their right to share in any recovery obtained for the benefit of the class, nor their ability to serve as lead plaintiffs should the need arise

Dated: October 26, 2021                                Respectfully Submitted,


                                                       **LEVI & KORSINSKY, LLP**

                                                       By: */s/ Shannon L. Hopkins*
                                                       Shannon L. Hopkins (SH-1887)
                                                       55 Broadway, 10th Floor
                                                       New York, NY 10006
                                                       Tel: (212) 363-7500
                                                       Fax: (212) 363-7171
                                                       Email: shopkins@zlk.com

                                                       *Lead Counsel for Steve Hu and Yechen*
                                                       *Dong, and [Proposed] Lead Counsel for the*
                                                       *Class*