**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEFFREY CRASS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> YALLA GROUP LIMITED and TAO YANG, <br><br> Defendants. | Case No. 1:21-cv-06854-PAE |

**NOTICE OF NON-OPPOSITION OF SIMON ZHU TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

Simon Zhu ("Zhu") filed a timely motion appointment as lead plaintiff, and approval of his selection of counsel. Dkt. No. 19. Four similar motions were filed by other putative class members in this action. Dkt. Nos. 13, 16, 21, 27.

The Private Securities Litigation Reform Act of 1995 (the "PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Zhu does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. As such, Zhu does not oppose the lead plaintiff motions of movants with larger financial interests.

However, if the Court determines that the lead plaintiff movants with financial interests larger than that of Zhu are incapable or inadequate to represent the class in this litigation, Zhu remains willing and able to serve as lead plaintiff or as a class representative. By this Notice of Non-Opposition, Zhu does not waive his rights to participate and recover as a class member in this litigation.

Respectfully submitted,

DATED: October 27, 2021

**GLANCY PRONGAY & MURRAY LLP**

By: _/s/ Gregory B. Linkh_
Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com

Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Simon Zhu*

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On October 27, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 27, 2021, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh