UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY CRASS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>YALLA GROUP LIMITED and TAO YANG,<br><br>Defendants. | Case No. 21-6854<br><br>ORDER |

### STIPULATED MOTION AND NOTICE OF VOLUNTARY DISMISSAL

Counsel for Lead Plaintiffs Peifa Xu and Yongjun Li ("Plaintiffs") and counsel for Defendants Yalla Group Limited and Tao Yang (the "Defendants," and together with Plaintiffs, the "Parties") have conferred and stipulate to the relief requested in this motion. The Parties, by undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff Jeffrey Crass filed the original complaint in this Action on August 13, 2021 (ECF No. 1);

WHEREAS, on November 8, 2021 the Court appointed Peifa Xu and Yongjun Li as Lead Plaintiffs (ECF No. 40);

WHEREAS, Plaintiffs are due to file an Amended Complaint on January 7, 2022;

WHEREAS, Plaintiffs have elected not to file the Amended Complaint or pursue this Action any further;

WHEREAS, Defendants deny that they engaged in any wrongful acts or are liable on any of the claims asserted in this Action;

WHEREAS, this Action has not been certified as a class action;

WHEREAS, the undersigned have met and conferred and hereby stipulate and agree as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss the claims asserted in the above captioned action against Defendants with prejudice;

2. Each side shall bear their own attorneys' fees and costs incurred in connection with this Action;

3. The undersigned parties and counsel mutually agree not to seek or assert any claim against the other(s) for fees, expenses, costs, sanctions (including any claim under Fed. R. Civ. P. 11) and/or any other claim that the Action was brought or defended in bad faith or without a reasonable basis;

4. This Stipulation constitutes the entire and complete agreement between the undersigned parties, the terms and conditions contained herein are contractual and not a mere recital, and such terms and conditions shall not be amended, supplemented or abrogated other than by a written instrument signed by the undersigned parties or their authorized representatives; and

5. This Stipulation shall not be construed against the party preparing it but shall be construed as if the parties jointly prepared this Stipulation, and any uncertainty or ambiguity shall not on the ground of authorship be interpreted against any one party.

DATED: January 12, 2022

SIMPSON THACHER & BARTLETT LLP

By: _____
Bo Bryan Jin
2475 Hanover Street
Palo Alto, CA 94304
650-251-5068
bryan.jin@stblaw.com

George S Wang
Stephanie Hon

POMERANTZ LLP

By: _____
Jeremy A. Lieberman
Tamar A. Weinrib
600 Third Avenue, 20thFloor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
taweinrib@pomlaw.com

2

425 Lexington Avenue
New York, NY 10017
(212) 455-2000
gwang@stblaw.com
stephanie.hon@stblaw.com

*Attorneys for Yalla Group Limited and Tao Yang*

Junbo Hao
HAO LAW FIRM
BEIJING HAO JUNBO LAW FIRM
Room 3-401 No. 2 Building,
No. 1 Shuangliubei Street
100024  Beijing
People's Republic of China
Telephone: +86 137-1805-2888
jhao@haolaw.cn

*Attorneys for Plaintiffs*

Granted.  SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge
January 13, 2022